

```
MAR 13 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
   DEPUTY CLERK
```

McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>IN RE MATTER OF SEIZURE<br>WARRANT FOR 2006 SEA RAY<br>VESSEL | 2:08-SW-0074 KJM<br><br>STIPULATION AND ORDER FOR<br>RELEASE OF VESSEL AND DEPOSIT<br>OF FUNDS INTO COURT REGISTRY |

The United States of America, through its counsel, and Robert Bystrowski, through his counsel, stipulate as follows:

1. On February 14, 2008, the Court issued a seizure warrant in this matter for a 2006 Sea Ray vessel, model 40DA, hull number SERF0984A606 and Mercruiser engines, serial numbers OW397163 and OW397106 (hereafter "vessel"), titled in the name of Robert Bystrowski. The seizure warrant was executed on or about February 15, 2008, and the vessel was taken into the custody by the U.S. Marshals Service on February 15, 2008. The court issued the seizure warrant based on probable cause to believe the vessel was subject to seizure and forfeiture pursuant to 18 U.S.C. § 981.

2. On or about March 6, 2008, Robert Bystrowski (hereafter "Bystrowski") delivered to the United States Attorney's Office a personal check in the amount of $90,000, a sum equal to the amount of crime proceeds that the government maintains went towards the purchase of the vessel. *See* Affidavit in Support of Seizure Warrant at ¶ 40. Bystrowski relinquishes all right, title and interest in such funds and agrees to make no further claim with respect to the funds.

3. In view of this payment, and in view of the fact that the net equity in the vessel is significantly less than $90,000.00, the government no longer seeks to pursue the forfeiture of the vessel. Accordingly, the parties stipulate and request that the Court authorize the release of the vessel to Bystrowski, the titleholder, promptly after the entry of this order. Each side shall bear its own costs and fees incurred in connection with the seizure and release of the vessel.

4. The parties further stipulate and request that the Court authorize the United States to deposit the $90,000 check it received from Bystrowski into the registry of the Court so that such funds may be maintained in an interest bearing account. Said funds should remain on deposit in the Court's registry pending further order of the Court in the parallel criminal case, *United States v. Stefan Andre Wilson*, 2:08-MJ-0083 KJM or other related criminal proceeding(s) that may be initiated. If Wilson or any other defendant charged in connection with such proceedings is adjudged guilty of an offense giving rise to restitution then said funds may be available to distribute to any

victim or victims of the offense(s) of conviction as the Court may order.

IT IS SO STIPULATED.

Dated: 3/13/08

McGREGOR W. SCOTT
United States Attorney

COURTNEY J. LINN
Assistant U.S. Attorney

Dated: 3-12-08

CHRISTOPHER H. WING
Attorney for
Robert Bystrowski

**ORDER**

For good cause shown, the Court adopts the parties stipulation and makes the following further orders:

1. The 2006 Sea Ray vessel, model 40DA, hull number SERF0984A606 and Mercruiser engines, serial numbers OW397163 and OW397106 (hereafter "vessel"), seized pursuant to a seizure warrant issued in this matter on February 14, 2008, shall be released into the custody of Robert Bystrowski. Each side shall bear its own costs and fees incurred in connection with the seizure and release of the vessel.

2. The check delivered by Bystrowski to the United States Attorneys Office on or about March 6, 2008, shall be deposited into the Court's registry and maintained in an interest bearing account pending further order of the Court in *United States v. Stefan Andre Wilson*, 2:08-MJ-0083 KJM or other criminal

3

```
 1  proceeding(s) that may be initiated that relate to such
 2  proceeding.
 3       IT IS SO ORDERED.
 4  Dated:  3/13/08
 5
 6                              KIMBERLY J. MUELLER
                                UNITED STATES MAGISTRATE JUDGE
 7
 8
 ...
28
                                     4
```